IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

IDOWU OSIOMWAN OGHOGHO,

    Debtor.

No. MISC S-08-0074 GEB DAD PS

_____/

IDOWU OSIOMWAN OGHOGHO,

    Appellant,

  v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
et al.,

ORDER

    Appellees.

_____/

    Debtor/appellant is proceeding pro se with five related appeals from bankruptcy court orders. Debtor/appellant has applied for waiver of fees in each appeal. By order filed May 29, 2008, the United States Bankruptcy Appellate Panel of the Ninth Circuit transferred the fee waiver requests to the United States District Court for the Eastern District of California for the limited purpose of granting or denying the requests. The requests were referred to the undersigned pursuant to Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

1  The undersigned finds that the debtor/appellant's in forma pauperis requests have
2 been submitted on application forms that make the showing required by 28 U.S.C. § 1915(a)(1).
3  Accordingly, IT IS ORDERED that:
4  1. Debtor/appellant's requests to proceed in forma pauperis in BAP Nos. EC-08-
5 1063, EC-08-1108, EC-08-1109, EC-08-1110, and EC-08-1111 are granted;
6  2. The Clerk of the Court is directed to serve this order on debtor/appellant and to
7 send a courtesy copy of the order to the United States Bankruptcy Appellate Panel of the Ninth
8 Circuit, 125 South Grand Avenue, Pasadena, California 91105; and
9  3. The Clerk of the Court shall close this case now that the requests transferred to
10 this court have been ruled upon.
11 DATED: June 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.pro se\oghogho0074.bapreferral.ifpgr